UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOGAN DAVIS,

Plaintiff,

Case No. 2:20-cv-11499-TGB-DRG
Hon. Terrence Berg

v

PO JEREMY WALLEMAN,
in his individual and official capacities,
CITY OF STERLING HEIGHTS, a municipality
Jointly and Severally,

Defendants.

ROBINSON & ASSOCIATES, P.C.
DAVID A. ROBINSON (P38754)
BRANDON MCNEAL (P81300)
Attorneys for Plaintiff
28145 Greenfield Rd., Suite 100
Southfield, MI 48076
(248) 423-7234
davidrobinsonlaw@gmail.com
mcnealbr@gmail.com

THOMAS E. KUHN (P37924)
Co-Counsel for Plaintiff
645 Griswold Street, Ste. 1900
Sterling Heights, MI 48226
(313) 963-5222/Fax: (313) 963-9061
tekuhn@aol.com

O'REILLY RANCILIO P.C.
Marc D. Kaszubski (P60333)
Brian C. Grant (P71066)
Nathan D. Petrusak (P75359)
Attorneys for Defendants
12900 Hall Road, Suite 350
Sterling Heights, MI 48313
(586) 726-1000/Fax: (586) 726-1560
mkaszubski@orlaw.com
bgrant@orlaw.com
npetrusak@orlaw.com

**STIPULATED ORDER OF DISMISSAL**

Plaintiff, Logan Davis, and Defendants, the City of Sterling Heights and Jeremy Walleman, by and through their respective counsel, having stipulated and agreed to the

dismissal of Plaintiff's Complaint with prejudice and without costs, and the Court having been otherwise adequately advised;

**IT IS HEREBY ORDERED** that Plaintiff's Complaint is DISMISSED WITH PREJUDICE and without costs to any party.

This Order resolves all pending claims and closes the case.

Dated: September 26, 2023

/s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

**STIPULATED AND APPROVED AS TO FORM AND CONTENT; NOTICE OF ENTRY WAIVED.**

ROBINSON & ASSOCIATES, P.C.

By: /s/ David A. Robinson (w/permission)
David A. Robinson (P38754)
Attorney for Plaintiff

Dated: September 25, 2023

O'REILLY RANCILIO P.C.

By: /s/*Nathan D. Petrusak*
Nathan D. Petrusak (P75359)
Attorney for Defendants